UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Danimer Scientific, Inc. Securities Litigation | Master File No. 1:21-cv-02708- MKB-RLM<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | Honorable Margo K. Brodie<br><br>**STIPULATION AND ORDER** |

WHEREAS, on January 19, 2022, Lead Plaintiff filed a Consolidated Complaint for Violations of the Federal Securities Laws in the above-captioned action (the "Consolidated Amended Complaint") (ECF No. 44);

WHEREAS, on April 1, 2022, the Court ordered as entered Defendants' and Lead Plaintiff's (the "Parties") Stipulation and Order setting a briefing schedule for Defendants' motion to dismiss (ECF No. 52);

WHEREAS, pursuant to the Stipulation and Order, the following briefing schedule was ordered: May 13, 2022 (Defendant's motion to dismiss); July 14, 2022 (Lead Plaintiff's opposition motion); and August 30, 2022 (Defendants' reply motion) (ECF No. 52);

WHEREAS, due to unanticipated matters, Defendants requested a one-week extension of the briefing deadlines set in the Stipulation and Order;

WHEREAS, this is the first extension request concerning the motion to dismiss briefing schedule and does not impact any other scheduled dates except those provided herein;

WHEREAS, counsel for Lead Plaintiff consents to the extensions;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the Parties, that:

1.     Defendants shall file any motion to dismiss the Consolidated Amended Complaint on or before May 20, 2022.

2.     Lead Plaintiff shall file any oppositions to such motion on or before July 21, 2022.

3.     Defendants shall file their replies to any such oppositions on or before September 6, 2022.

Dated:   New York, New York
         May 13, 2022

By: *Reed R. Kathrein*
Nathaniel A. Tarnor
HAGENS BERMAN SOBOL SHAPIRO LLP
322 8th Avenue, Suite 802
New York, NY 10001
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
nathant@hbsslaw.com

-and-

Reed R. Kathrein (admitted *Pro Hac Vice*)
Lucas E. Gilmore (admitted *Pro Hac Vice*)
Wesley A. Wong (admitted *Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
karlb@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Lead Plaintiff*

By: *Brian M. Lutz*
Brian M. Lutz
Jonathan D. Fortney
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
blutz@gibsondunn.com
jfortney@gibsondunn.com

Lissa M. Percopo (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
lpercopo@gibsondunn.com

-and-

Dana M. Susman
Jeffrey H. Daichman
KANE KESSLER, P.C.
600 Third Avenue
New York, NY 10016-1901
Telephone: (212) 541-6222
dsusman@kanekessler.com
jdaichman@kanekessler.com

*Attorneys for Defendants*

Dated:   New York, New York
         May  13 , 2022

SO ORDERED:

                                        s/ MKB

                              _____

                              The Honorable Margo K. Brodie
                              United States District Court Judge